In the Matter of the Arbitration between DAVID M. LEVY, Appellant, and HOWARD C. HIRSCH et al., Copartners Doing Business under the Name of HIRSCH & Co., Respondents.

Submitted January 6, 1947; decided January 17, 1947.

*Louis Boehm* and *Robert L. Boehm* for appellant.

*Abraham Shamos* and *J. Howard Rossbach* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part, CONWAY, J.